IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC, </br></br> Plaintiff, </br></br> v. </br></br> ACERTA PHARMA B.V., ACERTA PHARMA LLC, and ASTRAZENECA PHARMACEUTICALS LP, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> )   C.A. No. 17-1582 (VAC) (MPT) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Pharmacyclics LLC's Initial Disclosures Identifying Defendants' Accused Products and Plaintiff's Asserted Patents* were caused to be served on April 2, 2018, upon the following in the manner indicated:

## BY E-MAIL

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Adam W. Poff
**apoff@ycst.com**

Pilar G. Kraman
**pkraman@ycst.com**

  *Attorneys for AstraZeneca*
  *Pharmaceuticals LP*

WILLIAMS & CONNOLLY LLP

David I. Berl
**dberl@wc.com**

Stanley E. Fisher
**sfisher@wc.com**

Teagan J. Gregory
**tgregory@wc.com**

Dov P. Grossman
**dgrossman@wc.com**

Kevin D. Hoagland-Hanson
**khoagland-hanson@wc.com**

Galina I. Fomenkova
**gfomenkova@wc.com**

  *Attorneys for AstraZeneca*
  *Pharmaceuticals LP*

**BY E-MAIL**

Morgan, Lewis & Bockius LLP

David W. Marston, Jr.
**david.marston@morganlewis.com**

Jody C. Barillare
**jody.barillare@morganlewis.com**

Amy M. Dudash
**amy.dudash@morganlewis.com**

John V. Gorman
**john.gorman@morganlewis.com**

Olga Berson, Ph.D.
**olga.berson@morganlewis.com**

Eric Kraeutler
**eric.kraeutler@morganlewis.com**

*Attorneys for Acerta Pharma B.V.
and Acerta Pharma LLC*

Morris, Nichols, Arsht & Tunnell LLP

*/s/ Jeremy A. Tigan*
Mary B. Graham (#2256)
Rodger D. Smith (#3778)
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
rsmith@mnat.com
jtigan@mnat.com
mdellinger@mnat.com
   *Attorneys for Pharmacyclics LLC*

OF COUNSEL:

Michael A. Morin
David P. Frazier
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200

- 3 -

Brenda L. Danek
Lauren K. Sharkey
Lesley M. Hamming
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

Gregory K. Sobolski
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
(415) 391-0600

Kamilah Alexander
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

April 2, 2018